```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al.<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>BEVIL'S FLOOR SERVICE, INC., a California corporation,<br><br>　　　　　　Defendant. | NO.  C 07 3207 JL<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　　Plaintiff, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, hereby applies _ex parte_ for an order to continue the Case Management Conference from October 10, 2007 to December 12, 2007.

　　This _ex parte_ application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

　　　　Dated:　October 4, 2007

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　ERSKINE & TULLEY

　　　　　　　　　　　　　　　　　　By:/s/ Michael J. Carroll
　　　　　　　　　　　　　　　　　　　　Michael J. Carroll
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE　　　1