1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE NORTHEN   )    NO.  C 07 3207 JL
   CALIFORNIA FLOOR COVERING, et al.  )
12                                    )    ORDER TO CONTINUE CASE
                                      )    MANAGEMENT CONFERENCE
13                 Plaintiffs,        )
                                      )
14          vs.                       )
                                      )
15 BEVIL'S FLOOR SERVICE, INC., a     )
   California corporation,            )
16                                    )
                   Defendant.         )
17 _____)

18

19         IT IS ORDERED that the Case Management Conference in this

20 case set for October 10, 2007 be continued to December 12, 2007 at

21 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San

22 Francisco, CA.

23 Dated:_____        _____
                                      Honorable James Larson
24

25

26

27

28


   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE