```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHEN CALIFORNIA FLOOR COVERING, et al.<br><br>                Plaintiffs,<br><br>        vs.<br><br>BEVIL'S FLOOR SERVICE, INC., a California corporation,<br><br>                Defendant. | NO.  C 07 3207 JL<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

   IT IS ORDERED that the Case Management Conference in this case set for October 10, 2007 be continued to December 12, 2007 at 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: October 9, 2007                      _____
                                            Honorable James Larson

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE