ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al.**<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>**BEVIL'S FLOOR SERVICES, INC., a California corporation,**<br><br>　　　　　　　Defendant. | NO. C 07 3207 JL<br><br>MOTION FOR ENTRY OF DEFAULT |

　　　　To the Clerk of the United States District Court for the Northern District of California:

　　　　You will please enter the default of defendant, BEVIL'S FLOOR SERVICES, INC., a California for failure to plead or otherwise move as provided by the Federal Rules of Civil Procedure, as appears from the Declaration of Michael J. Carroll in Support of Entry of Default filed herewith.

Dated: December 5, 2007　　　　　　　　　　　　ERSKINE & TULLEY


　　　　　　　　　　　　　　　　　　By:　/s/ Michael J. Carroll
　　　　　　　　　　　　　　　　　　　　MICHAEL J. CARROLL
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

**MOTION FOR ENTRY OF DEFAULT**　　　　　1