ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR, et al.** ) ) ) **Plaintiffs,** ) vs. ) ) **BEVIL'S FLOOR SERVICE, INC., a California corporation,** ) ) ) **Defendant.** ) | NO. C 07 3207 JL<br><br>**PROPOSED NOTICE OF ENTRY OF DEFAULT** |

     IT IS HEREBY NOTICED that the default of defendant, BEVIL'S FLOOR SERVICE, INC., a California corporation, has been entered by the Clerk of the Court on _____.

Date:_____        Richard W. Wieking, Clerk

                              By: _____
                                    Deputy Clerk