1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7               UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9

10 BOARD OF TRUSTEES OF THE NORTHERN    )    NO.  C 07 3207 JL
   CALIFORNIA FLOOR COVERING, et al.,   )
11                                      )    EX PARTE APPLICATION FOR
                      Plaintiffs,       )    ORDER TO CONTINUE CASE
12                                      )    MANAGEMENT CONFERENCE
             vs.                        )
13                                      )
   BEVIL'S FLOOR SERVICE, INC., a       )
14 California corporation               )
                                        )
15                                      )
                      Defendant.        )
16 _____ )

17

18         Plaintiffs, BOARD OF TRUSTEES OF NORTHERN CALIFORNIA FLOOR

19 COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, hereby apply

20 ex parte for an order to continue the Case Management Conference from

21 December 12, 2007 to February 6, 2008.

22         This ex parte application is based upon the Declaration of

23 Attorney Michael J. Carroll filed herewith.

24         Dated: December 5, 2007

25                              Respectfully submitted,

26                              ERSKINE & TULLEY

27
                               By:   s/ Michael J. Carroll
28                                   Michael J. Carroll
                                     Attorneys for Plaintiffs

   EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE