```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al., <br><br>           Plaintiffs,<br><br>  vs.<br><br>BEVIL'S FLOOR SERVICE, INC., a California corporation<br><br>           Defendant. | NO.  C 07 3207 JL<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

       I, MICHAEL J. CARROLL, certify:

       1.   I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiffs, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, in this action.  I am duly admitted to practice law in the United States District Court, Northern District of California.  If called as a witness, I could and would competently testify as follows:

       2.   Service was accomplished upon the only party in this case on July 9, 2007.  No responsive pleading was filed.

       3.   On December 5, 2007, motion for default judgment was

applied for by the plaintiffs.

4. The parties were engaged in settlement discussions which were not completely successful.

5. Plaintiffs will file a motion for entry of default judgment as soon as all documents have been obtained.

6. It is requested that the Court continue the Case Management Conference to February 6, 2008 to allow plaintiffs time to file the motion.

7. Good cause exists to grant plaintiffs' request for a continuance of the Case Management Conference currently set for December 12, 2007 to February 6, 2008 because of the impossibility of plaintiffs to file a motion for default judgment at this time and to avoid any unnecessary burden to the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 5, 2007 at San Francisco, California.

           /s/ Michael J. Carroll
           Michael J. Carroll