```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al., <br><br>          Plaintiffs, <br><br>     vs. <br>BEVIL'S FLOOR SERVICE, INC., a California corporation <br><br>          Defendant. | NO.  C 07 3207 JL <br><br>ORDER TO CONTINUE CASE <br>MANAGEMENT CONFERENCE |

   IT IS ORDERED that the Case Management Conference in this case set for December 12, 2007 be continued to February 6, 2008 at 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: 12-6-07                    _____
                                   Honorable James Larson

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge James Larson]

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE