**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 13, 2007

RE:  CV 07-03207 JL     BOARD OF TRUSTEES OF NORTHERN CA-v-BEVIL&#039;S FLOOR SVC

Default is entered as to Bevil's Floor Service Inc. on 12/13/07.

RICHARD W. WIEKING, Clerk

byGloria Acevedo
Case Systems Administrator
To Chief Magistrate Judge James Larson

NDC TR-4  Rev. 3/89