1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiffs
5

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE NORTHERN    )     NO.  C 07 3207 JL
    CALIFORNIA FLOOR COVERING, et al.,   )
12                                       )     ORDER TO CONTINUE CASE
                                         )     MANAGEMENT CONFERENCE
13                  Plaintiffs,          )
                                         )
14         vs.                           )
    BEVIL'S FLOOR SERVICE, INC., a       )
15  California corporation               )
                                         )
16                  Defendant.           )
    _____)
17
            IT IS ORDERED that the Case Management Conference in this
18
    case set for February 6, 2008 be continued to March 19, 2008 at 10:30
19
    a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San
20
    Francisco, CA 94102.
21
    Dated:_____        _____
22                                     Honorable James Larson
23

24

25

26

27

28

    ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE