```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BEVIL'S FLOOR SERVICE, INC., a California corporation <br><br> Defendant. | NO.  C 07 3207 JL <br><br> EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

     Plaintiffs, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING FLOOR COVERING INDUSTRY WELFARE FUND: STEVE HAVENS, TRUSTEE, hereby apply <u>ex</u> <u>parte</u> for an order to continue the Case Management Conference from March 19, 2008 to May 21, 2008.

     This <u>ex</u> <u>parte</u> application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

     Dated: March 13, 2008

                               Respectfully submitted,
                               ERSKINE & TULLEY

                               By: <u>/s/ Michael J. Carroll</u>
                                   Michael J. Carroll
                                   Attorneys for Plaintiffs

<u>EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE</u>