```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                  NORTHERN DISTRICT OF CALIFORNIA
10
11  BOARD OF TRUSTEES OF THE NORTHERN  )   NO.  C 07 3207 JL
    CALIFORNIA FLOOR COVERING, et al., )
12                                     )   ORDER TO CONTINUE CASE
                                       )   MANAGEMENT CONFERENCE
13             Plaintiffs,             )
                                       )
14        vs.                          )
    BEVIL'S FLOOR SERVICE, INC., a     )
15  California corporation             )
                                       )
16             Defendant.              )
    _____)
17
            IT IS ORDERED that the Case Management Conference in this
18
    case set for March 19, 2008 be continued to May 21, 2008 at 10:30 a.m.
19
    in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA
20
    94102.
21
    Dated:_____        _____
22                                      Honorable James Larson
```

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE