ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL - STATE BAR #50246
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>BEVIL'S FLOOR SERVICE, INC., etc.,<br><br>Defendant. | Case No. C 07 3207 JL<br><br>DECLARATION OF ROSE CORTEZ IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |

I, ROSE CORTEZ, declare:

1. I am employed as the Supervisor Representative of Associated Third Party Administrators, 1640 South Loop Road, Alameda, CA 94502, administrators of the Northern California Floor Covering Industry Welfare Fund, hereinafter the "Trust Fund". In my capacity I am custodian of and am familiar with the collective bargaining agreements, books and records of the Trust Fund as they relate to the defendant in this case. If called as a witness, I could competently testify to the following facts from my own personal knowledge.

2. Attached hereto and marked Exhibit 1 is a true and correct copy of the pertinent pages of the Master Agreement executed by the defendant for the period July 1, 2005 through June 30, 2008. This agreement requires defendant to make prompt monthly payments to the Trust Fund on behalf of all covered employees, an obligation which has been breached. Defendant has not denied being bound by this agreement inasmuch as he has reported and paid contributions since the effective date of the contract.

3. Article 16 of Exhibit 1 incorporates by reference the trust agreement. Attached as Exhibit 2 is a copy of the Trust Agreement, Amendments and Trustees Resolution effective January 1, 2000 of the Northern California Floor Covering Industry Welfare Fund which provides for liquidated damages, attorneys fees and court costs in the event of suit. These provisions comply with 29 U.S.C. §1132(g).

4. Every month my office sends to defendant a preprinted form listing all known covered employees and the fringe benefit contribution rates. The defendant is then to complete the reporting form by making corrections, deleting employees who left the company and adding names of hired employees. The defendant is then to fill out the mathematical portion of the report and total up all sums due for that month. This is the so-called "self reporting method".

5. Attached hereto and marked Exhibit 3 are my computations of the liquidated damages and interest owed by the defendant for the months of June 2007 through February 2008.

6. Attached hereto and marked Exhibit 4 are the reports for the months of June 2007 through February 2008. These reports were voluntarily submitted by defendant. The amount of these reports matches the contribution column of Exhibit 3.

7. The liquidated damages have been computed at 20% as required by the Trust Agreement, Exhibit 2, Trustees Resolution effective January 1, 2000, Article II, Section F: The Chronic Delinquent.

8. In addition, interest at the rate of 6% is due pursuant to the Trust Agreement and 29 U.S.C. §1132(g), inasmuch as it is the lowest rate charged by the Internal Revenue Service at this time. Interest for each contribution amount has been calculated from the due date of the 15th of the month following the month the work was done to the date paid. (For example, contributions for June 2007 in the amount of $4,909.78 were due on July 15, 2007. Between July 15, 2007 and the payment date of July 20, 2007 is 5 days. Interest on the contribution amount of $4,909.78 at the rate of 6% is a daily amount of 81¢ which multiplied by 5 days equals the figure of $4.05.)

////
////
////

9. The following summary of all sums due and owing can be made:

**Principal**

    Liquidated damages                        $32,347.62

**Interest**                                                 $ 167.28

**Costs of Suit**                                  $ 500.00

**Attorneys Fees**                      To be determined by Court

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 8_____, 2008 at Alameda, CA.

_Rose Cortez_ (signature)

DECLARATION OF ROSE CORTEZ IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT    3