TRUST FUND: NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND

EMPLOYER NAME: BEVIL'S FLOOR SERVICE, INC.    #000-0000020-000

5/6/08 DA

| MONTH | CONTRIB. DUE | CONTRIB. DUE DATE | DATE PAID, IF PAID | CONTRIBS. STILL DUE | LIQUIDATED DAMAGES DUE | INTEREST DUE 6% |
|---|---|---|---|---|---|---|
| 6/07 | $ 4,909.78 | 7/15/07 | 7/20/07 | | $ 981.96 | $ 4.05 |
| 7/07 | $17,182.91 | 8/15/07 | 8/20/07 | | $3,436.58 | $14.15 |
| 8/07 | $36,670.12 | 9/15/07 | 9/26/07 | | $7,334.02 | $66.33 |
| 9/07 | $15,048.70 | 10/15/07 | 10/22/07 | | $3,009.74 | $17.36 |
| 10/07 | $6,522.16 | 11/15/07 | 11/20/08 | | $1,304.43 | $ 5.40 |
| 11/07 | $13,193.03 | 12/15/07 | 12/18/07 | | $2,638.61 | $ 6.51 |
| 12/07 | $17,122.88 | 1/15/08 | 1/20/08 | | $3,424.58 | $14.10 |
| 1/08 | $16,531.88 | 2/15/08 | 2/19/08 | | $3,306.38 | $10.88 |
| 2/08 | $34,556.57 | 3/15/08 | 3/20/08 | | $6,911.32 | $28.50 |
| | | | | | $32,347.62 | $167.28 |