NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND
TRUST FUND EMPLOYER REPORT FORM

**072316**

P.O. Box 23470, Oakland, California 94623
PHONE: (800) 320-0106 ... (510) 864-6411

| BEVIL'S FLOOR SERVICE | EMPLOYER NUMBER: | 000-000020-000 | |
|---|---|---|---|
| 533 BURKE STREET | CONTRIBUTIONS DUE: | 07/15/2007 | |
| SAN JOSE, CA 95112 | FOR WORK IN: | 06/2007 | PAGE    1 |

| SOC.SEC.NO | N A M E | | CLASS | HOURS (a) | RATE (b) | AMOUNT DUE (c) (axb) | HIRL/TERM DATE |
|---|---|---|---|---|---|---|---|
| 25-63-4247 | D'AMELIO, JOHN | 01 1101 | J2A | | 19.02 | | |
| 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 | GONZALES, ANASTACIO | 02 1101 | J2A | | 19.02 | | |
| 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 | HIMBING, MICHAEL T | 03 1101 | J2A | | 19.02 | | |
| 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 | KATENA, CRAIG | 04 1101 | J2A | | 19.02 | | |
| 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 | MUNGUIA, RODRIGO G | 05 1107 | A75A | | 16.35 | | |
| 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 | PERRY, TONY | 06 2101 | J2B | | 19.02 | | |
| 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 | PIEDRA, ELADIO A | 07 3109 | FC90 | | 11.17 | | |
| 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 | GARZA ISNACIO | | J2A | | 19.02 | | |

RECEIVED BY
FREMONT BANK

JUL 2 3 2007

**LOCKBOX**

4898.89

                                     T O T A L:

Send payment and copy of the report to
    NORTHERN CALIFORNIA FLOOR COVERING TRUST
    P.O. BOX 55366
    Hayward, CA 94545-0366

Make check payable to:
    NORTHERN CALIFORNIA FLOOR COVERING TRUST

| Authorized Signature | Title | Date |
|---|---|---|

Processed By: FREMONT BANK
Date Processed: 07/23/2007
Date Printed: 07/23/2007 16.14

Batch: 8505 Seq: 1 | Check #: 16243 | Remit #: 000-000020-000 | Remit Name: BEVIL'S FLOOR SERVICE Amount: $4,898.89

Batch: 8505
Seq: 1
Check#: 16243
Amount: $4,898.89

Image 1 of 2

BEVIL'S FLOOR SERVICE, INC.
LIC #762096
(408) 202-9091
835 BURKE STREET
SAN JOSE, CA 95112

BANK OF AMERICA
San Francisco, CA 94104

11-33/1210

16243

7/16/2007

PAY TO THE
ORDER OF     NORTHERN CALIFORNIA FLOOR COVERING

$ **4,898.89

Four Thousand Eight Hundred Ninety-Eight and 89/100****************************************************

DOLLARS

P O. BOX 4614
HAYWARD, CA 94540-4614

MEMO     union benifits june 2007

Debbi Hyer

⑈016243⑈ ⑆121000358⑆ 08260⑈1513⑈

page: 1

ADP

**U01 *****MONTHLY UNION REPORT*****
Autopay Management Report**

| SOCIAL SEC. NUMBER | EMPLOYEE NAME | HOURS WORKED | DATA CTRL | FRINGE RATE | FRINGE TOTALS |
|---|---|---|---|---|---|
| 5536-4247 | JOHN D'APELIO | 63.00 | J2 | 19.02 | 1198.26 |
| 55108336 | VICTOR GATTONI | 10.00 | A50 | 13.67 | 210.72 |
| 45611232 | ENRIQUE HERNANDEZ | 33.00 | A35 | 13.88 | 458.04 |
| 46218445 | MIKE HIMBING | 15.00 | J2 | 19.02 | 285.30 |
| 55774129 | CRAIG KATENA | 38.00 | J2 | 19.02 | 722.76 |
| 39562887 | TONY PERRY | 80.00 | J2 | 19.02 | 1521.60 |
| 60492176 | ELADIO PIEDRA | 17.00 | FC80 | 11.17 | 189.89 |
| *** REPORT TOTALS *** | | 262.00 | | | 4594.57 |

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   ISNAID GARZA'16   J2A   19.02   304.32

48098.89

5/3 $14.21/h.

LOCKBOX

RECEIVED BY
FREMONT BANK
JUL 23 2007

BEVILS FLOOR SERVICE
Company Code: PLT   Report: U01   Batch: P-3724075   Period Ending 06/27/2007   Pay Date 06/29/2007   Week 26   Page 1

USPS FIRST-CLASS FOREVER

20 JUL 2007 PM 6

Bob Floor Serva
532 Bard 1 Way
Sy CA F 8512

NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND

P.O. BOX 55366

HAYWARD CA  94545-0366

| EMPLOYEE SOCIAL SEC. NUMBR. | EMPLOYEE NAME | HOURS WORKED | DATA CNTRL | FRINGE RATE | FRINGE TOTALS |
|---|---|---|---|---|---|
| XXXXX8761 | JOSE MANUEL HERNANDEZ AGUILAR | 64.00 | A70 | 16.95 | 1084.80 |
| XXXXX8761 | JEFF BENASSI | 26.00 | J2 | 20.37 | 529.62 |
| XXXXX4247 | JOHN D'AMELIO | 120.00 | J2 | 20.37 | 2444.40 |
| XXXXX8420 | IGNACIO GARZA | 143.50 | J2 | 20.37 | 2923.10 |
| XXXXX2338 | VICTOR GATTONI | 32.00 | A50 | 14.67 | 469.44 |
| XXXXX1711 | ANASTACIO GONZALES | 24.00 | J2 | 20.37 | 488.88 |
| XXXXX8651 | ISRAEL GONZALEZ | 80.00 | A60 | 15.81 | 1264.80 |
| XXXXX1232 | ENRIQUE HERNANDEZ | 71.00 | A55 | 15.25 | 1082.75 |
| XXXXX6768 | RODRIGO MUNGUIA | 127.50 | A80 | 18.09 | 2306.48 |
| XXXXX8242 | JUAN MIGUEL PALACIOS | 8.00 | A50 | 14.67 | 117.36 |
| XXXXX2887 | TONY PERRY | 115.50 | J2 | 20.37 | 2352.74 |
| XXXXX7482 | RICKY REYNOLDS | 104.00 | J2 | 20.37 | 2118.48 |
| *** REPORT TOTALS *** | | 915.50 | | | 17182.85 |

SEP 20 2007

8/20/07

Per Connell

7/07

ADP

U01 ****MONTHLY UNION REPORT ****
Autopay Management Report

BEVIL'S FLOOR SERVICE
Company Code: PLT

Batch: P-5561-075 Period Ending:07/25/2007
Report: U01 Pay Date:07/27/2007 Page 1

Week 30

MH

05/09/2008  13.46 TEL  510 +337308U        BILLING ELIGIBILITY        010/012

000-0000-00-0024793        092:

| SOCIAL SEC NUMBER | EMPLOYEE NAME | HOURS WORKED | DATA CTL | RATE | FRINGE TOTALS |
|---|---|---|---|---|---|
| XXXXXX4247 | JOHN D'AMELIO | 127.00 | A70 | 16.95 | 2152.65 |
| XXXXXX8420 | JOSE MANUEL HERNANDEZ AGUILAR | 152.00 | A70 | 20.37 | 3096.24 |
| XXXXXX1336 | VICTOR GATTONI | 99.00 | J2 | 20.37 | 2016.63 |
| | IGNACIO GARZA | 12.00 | FC1 | 10.86 | 130.32 |
| XXXXXX1711 | ANASTACIO GONZALES | 138.00 | J2 | 20.37 | 2811.06 |
| XXXXXX8651 | ISRAEL GONZALEZ | 184.00 | A60 | 15.81 | 2909.04 |
| XXXXXX1232 | ENRIQUE HERNANDEZ | 136.00 | A55 | 15.25 | 2074.00 |
| | MIKE HIMBING | 132.00 | J24 | 20.37 | 2688.84 |
| | PEDRO MEZA | 156.00 | J28 | 20.37 | 3177.72 |
| | RODRIGO MUNGUIA | 176.00 | A80 | 18.09 | 3183.84 |
| | JUAN MIGUEL PALACIOS | 160.00 | A50 | 14.67 | 2347.20 |
| | TONY PERRY | 138.00 | J2 | 20.37 | 2811.06 |
| | RICKY REYNOLDS | 200.00 | J2 | 20.37 | 4074.00 |
| | MIGUEL SANCHEZ | 156.00 | J2 | 20.37 | 3177.72 |

*** REPORT TOTALS ***        1986.00                38650.32

36,670.12    15.80 shortage
                 pd  9/24/07    SH  $19.80

RECEIVED
FREMONT BANK

SEP 24 2007

LOCKBOX

8/07

ADP

U01 *****MONTHLY UNION REPORT*****
Autopay Management Report

DEVILS FLOOR SERVICE
Company Code:    PLT

Batch: P-7300-075 Period Ending:08/29/2007
Report U01        Pay Date:08/31/2007

Week  35
Page

# N CALIF FLOOR COVERING
## Full Page Image Report

ased By: FREMONT BANK
Proceesed: 09/27/2007
Printed: 09/27/2007 14:28

**ch: 5996 Seq: 1    Check #: 16378    Remit #: 000-000020-000    Remit Name: BEVIL'S FLOOR SERVICE   Amount: $36,650.32**

Batch: 5996
Seq: 1
Check#: 16378
Amount: $36,650.32

Image 1 of



BEVIL'S FLOOR SERVICE, INC.                      16378
LIC #762058
(408) 292-9921                BANK OF AMERICA
200 BURKE STREET              San Francisco, CA 94104
SAN JOSE CA 95112             11-35/1210              9/26/2007

NORTHERN CALIFORNIA FLOOR COVERING                    $  **36,650.32

Thousand Six Hundred Fifty and 32/100**************************************************** DOLLARS

P.O. BOX 4614
HAYWARD, CA 94540-4614

MEMO  on report AUGUST 2007

016378  121000358  08 260 15134

page: 1

102316

NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND
TRUST FUND EMPLOYER REPORT FORM

P.O. Box 23470, Oakland, California 94623
PHONE: (800) 320-0106 ... (510) 864-6411

BEVIL'S FLOOR SERVICE
533 BURKE STREET
SAN JOSE, CA 95112

9/07

EMPLOYER NUMBER: 000-000020-000
CONTRIBUTIONS DUE: 10/15/2007
FOR WORK IN: 09/2007      PAGE 1

| SOC.SEC.NO. | NAME | | CLASS | HOURS (a) | RATE (b) | AMOUNT DUE (c)=(axb) | HIRE/TERM DATE |
|---|---|---|---|---|---|---|---|
| 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 | BENASSI, JEFFREY | 01 1101 | J2A | | 20.37 | | |
| 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 | D'AMELIO, JOHN | 02 1101 | J2A | | 20.37 | | |
| 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 | GARZA, IGNACIO K | 03 1101 | J2A | | 20.37 | | |
| 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 | GATTONI, VICTOR J | 04 1102 | A50 | | 14.67 | | |
| 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 | GONZALES, ANASTACIO | 05 1101 | J2A | | 20.37 | | |
| 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 | HERNANDEZ, LOUIS E | 06 1103 | A55 | | 15.25 | | |
| 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 | MUNGUIA, RODRIGO G | 07 1108 | A80A | | 18.09 | | |
| 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 | PALACIOS, JUAN M | 08 1102 | A50 | | 14.67 | | |
| 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 | PERRY, TONY T | 09 2101 | J2B | | 20.37 | | |
| 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 | REYNOLDS, RICKY | 10 2101 | J2B | | 20.37 | | |

RECEIVED
FREMONT BANK

OCT 3 2007

LOCKBOX

$15,048.70

112114

NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND
TRUST FUND EMPLOYER REPORT FORM

P.O. Box 23470, Oakland, California 94623
PHONE: (800) 320-0106 ... (510) 864-6411

RECEIVED
FREMONT BANK

NOV 2 1 2007

LOCKBOX

BEVIL'S FLOOR SERVICE
533 BURKE STREET
SAN JOSE, CA 95112

10/07

EMPLOYER NUMBER:  000-000020-009
CONTRIBUTIONS DUE: 11/15/2007
FOR WORK IN:      10/2007                      PAGE   1

| SOC.SEC.NO. | N A M E | | CLASS | HOURS (a) | RATE (b) | AMOUNT DUE (c)=(axb) | H.RE/TERM DATE |
|---|---|---|---|---|---|---|---|
| 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 | BENASSI, JEFFREY | 01 1101 | J2A | T | 20.37 | | |
| 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 | D'AMELIO, JOHN | 02 1101 | J2A | | 20.37 | | |
| 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 | GARZA, IGNACIO K | 03 1101 | J2A | | 20.37 | | |
| 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 | GATTONI, VICTOR J | 04 3110 | FC1 | T | 12.51 | | |
| 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 | GONZALES, ANASTACIO | 05 1101 | J2A | | 20.37 | | |
| 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 | GONZALEZ, ISRAEL | 06 1105 | A65A | | 16.39 | | |
| 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 | HERNANDEZ, LOUIS E | 07 1103 | A55 | | 15.25 | | |
| 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 | HERNANDEZ, MANUEL | 08 1106 | A70A | | 16.95 | | |
| 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 | HIMBING, MICHAEL T | 09 1101 | J2A | T | 20.37 | | |
| 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 | MEZA, PEDRO | 10 2101 | J2B | | 20.37 | | |
| 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 | MUNGUIA, RODRIGO G | 11 1108 | A80A | | 18.09 | | |
| 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 | PALACIOS, JUAN M | 12 1102 | A50 | | 14.67 | | |
| 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 | PERRY, TONY T | 13 2101 | J2B | | 20.37 | | |
| 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 | REYNOLDS, RICKY | 14 2101 | J2B | | 20.37 | | |
| 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 | SANCHEZ, MIGUEL | 15 2101 | J2B | | 20.37 | | |

6,522.16

NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND
TRUST FUND EMPLOYER REPORT FORM

P.O. Box 23470, Oakland, California 94623
PHONE: (800) 320-0106 ... (510) 864-6411

FLOOR SERVICE
BURKE STREET
SAN JOSE, CA 95112

11/07

EMPLOYER NUMBER: 000-000828
CONTRIBUTIONS DUE: 12/15/2007
FOR WORK IN: 11/2007      PAGE 1

| SOC.SEC.NO. | N A M E | | CLASS | HOURS (a) | RATE (b) | AMOUNT DUE (c)=(a×b) | HIRE/TERM DATE |
|---|---|---|---|---|---|---|---|
| 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 | D'AMELIO, JOHN | 01 1101 | J2A | | 20.37 | | |
| 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 | GARZA, IGNACIO K | 02 1101 | J2A | | 20.37 | | |
| 572-20-0 | GONZALEZ, ISRAEL | 03 1105 | A65A | | 16.39 | | |
| 39-56 | PERRY, TONY | 04 2101 | J2B | | 20.37 | | |
| 37-15 | REYNOLDS, RICKY | 05 2101 | J2B | | 20.37 | | |

T O T A L:

Send payment and copy of the report to:
NORTHERN CALIFORNIA FLOOR COVERING TRUST
P.O. BOX 55366
Hayward, CA 94545-0366

Make check payable to:
NORTHERN CALIFORNIA FLOOR COVERING TRUST

Authorized Signature      Title      Date

Northern California Floor Covering Industry Welfare Fund

P.O. Box 23470

Oakland CA 94623-0470

**BEVIL'S FLOOR SERVICE, INC.**
LIC #762056
(408) 292-8081
535 BURKE STREET
SAN JOSE, CA 95112

16479

BANK OF AMERICA
San Francisco, CA 94104

11-35/1210

12/18/2007

PAY TO THE
ORDER OF   NORTHERN CALIFORNIA FLOOR COVERING   $ ***13,193.03

Thirteen Thousand One Hundred Ninety-Three and 03/100********************************** DOLLARS

NORTHERN CALIFORNIA FLOOR COVERING
P.O. BOX 4614
HAYWARD, CA 94540-4614

MEMO   NOVEMBER UNION DUES 2007

⑈016479⑈ ⑆121000358⑆ 0 880⑈1513⑈⑈

3 of 4

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME | HOURS WORKED | DATA CTRL | FRINGE | FRINGE TOTALS |
|---|---|---|---|---|---|
| XXXX0625 | ERNESTO CANCHOLA | 24.00 | J2 6 | 20.57 | 483.88 |
| XXXX4247 | JOHN D'AMELIO | 7168.00 | J2 | 20.57 | 3422.16 |
| XXXX9021 | SANTIAGO FLORES | 8.00 | J2 6 | 20.57 | 182.96 |
| XXXX1222 | ENRIQUE HERNANDEZ | 80.00 | 455 | 11.03 | 91.30 |
| XXXX0659 | PEDRO MEZA | 24.00 | J20 | 20.57 | 493.88 |
| XXX8768 | RODRIGO MUNGUIA | 136.00 | A30 | 15.95 | 2183.24 |
| XXXX2387 | TONY PERRY | 147.00 | J2 | 20.57 | 2994.39 |
| XXXX7482 | RICKY REYNOLDS | 96.00 | J2 | 20.57 | 1955.52 |
| *** REPORT TOTALS *** | | 683.00 | | | 13193.03 |

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 ~24.00
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 ~80.00
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 ~24.00
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 ~136.00
~147.00
~96.00


BTC #30 PROCESS NO MONEY

Page: 1 Document Name: KEN LU

```
                        XG0B EMPLOYER ACCOUNTING                      ACTMAP7
DATE 12/21/2007               EMPLOYER BALANCING               TIME 14.28.57   4of4

  BATCH      ER ACCT NO.   EMPLOYER NAME             WORKED  TC  TOTAL CASH
122007 050 000000020000 BEVIL'S FLOOR SERVICE        11 2007 10
---RATE------ (HOURS) ---LDS DUE----AMT DUE----AMT PAID---OV(-)SH(+)--DIFFERENCE
PENSION     HRS     8
                 683.00              4524.94     4524.94
HEALTH      HRS     8
                 683.00              4712.70     8480.33-  13,193.03
VACATION    HRS     8
                 683.00              2293.66     2293.66
DUES        HRS     8
                 683.00              1067.52     1067.52
MISC TRS    HRS     8
                 683.00               594.21      594.21




--------------------------------------------------------------------------
*** EMPLOYER IN BALANCE ***                       PF12=MENU
ENTER=BALANCE ER       PF6=DSPLY ER TOTALS         CLEAR=EOJ
   PF1=CREATE NEW ER SUMMARY
```

Date: 12/21/2007 Time: 02:29:01 PM

ER# 20-000

(w)

B?C#050 no money)

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME | HOURS WORKED | DATA PROG | FRINGE RATE | FRINGE TOTALS |
|---|---|---|---|---|---|
| ...A0625 | ERNESTO CANCHOLA | 144.00 | J2 | 23.37 | 3373.28 |
| 4624? | JOHN D'AMELIO | 163.00 | J2 | | .26 |
| X8651 | ISRAEL GONZALEZ | 4.10.00 | CB5 | | .26 |
| XXXX1232 | ENRIQUE HERNANDEZ | 85.00 | A55 | 18.20 | 142.00 |
| XXXXX0059 | PEDRO MEZA | 56.00 | J2 | 20.34 | 1747.72 |
| XXXX67E8 | RODRIGO NUNGUIA | 124.00 | A80 | 19.59 | 1861.36 |
| XX5655 | JUAN PALACIOS | 24.00 | FCI | 10.56 | 260.64 |
| XX2242 | JUAN MIGUEL PALACIOS | 24.00 | FCI | 10.56 | 260.64 |
| XXX2867 | TONY PERRY | 112.00 | J2 | 20.37 | 2281.44 |
| XXXT482 | RICKY REYNOLDS | 72.00 | 20.37 | .465.64 |
| XX9345 | MIGUEL SANCHEZ | 112.00 | J2 | 20.37 | 2281.44 |

FCI
8/9 $70.11/w

*** REPORT TOTALS ***    896.00    J2 20.37    17843.68

SH $79.20

12/07

13101    Ck# 00200020-000

# U01 ****MONTHLY UNION REPORT *****
## Autopay Management Report

BEVILS FLOOR SERVICE    PLT

Batch: P-4427-075  Period Ending: 12/26/2007   Week  52
Rept: U01    Pay Date: 12/28/2007   Page   1

| SSN NUMBER | EMPLOYEE NAME | HOURS WORKED | DATA CTRL | FRINGE RATE | FRINGE TOTALS |
|---|---|---|---|---|---|
| XXXX0625 | ERNESTO CANCHOLA | 144.00 | J2 | 20.37 | 2938.29 |
| XXXX4247 | JOHN D'ANELIO | 144.00 | J2 | | 1453.28 |
| XXX8851 | ISRAEL GONZALEZ | 16.00 | A65 | 18.50 | 162.24 |
| XXXX1232 | ENRIQUE HERNANDEZ | 88.00 | A55 | 15.25 | 1342.00 |
| XXXX0059 | PEDRO MEZA | 56.00 | J2 | 20.37 | 1140.72 |
| XXXX6788 | RODRIGO MUNGUIA | 104.00 | A80 | 18.09 | 1881.36 |
| XXXX6453 | JUAN PALACIOS | 24.00 | FC1 | 10.86 | 260.64 |
| XXXX8242 | JUAN MIGUEL PALACIOS | 24.00 | FC1 | 10.86 | 280.64 |
| XXXX2887 | TONY PERRY | 112.00 | J2 | 20.37 | 2281.44 |
| XXXX7482 | RICKY REYNOLDS | 72.00 | J2 | 20.37 | 1466.64 |
| XXXX9345 | MIGUEL SANCHEZ | 112.00 | J2 | 20.37 | 2281.44 |

*** REPORT TOTALS ***    896.00    17043.68

TC-32  WHEN YOU GET BACK FROM BANK

PROCESSED IN BFC # 50

LOCKBOX

JAN 31 2008
RECEIVED
FREMONT BANK

12/07

MH

03/27/2008 07:15 TEL 510 +3373080   BILLING ELIGIBILITY   ☒003/010

BEVIL'S FLOOR SERVICE, INC.
LIC #762056
14081 292-2021
533 BURKE STREET
SAN JOSE, CA 95112

16539

1-351/210

1/18/2008

PAY TO THE
ORDER OF   NORTHERN CALIFORNIA FLOOR COVERING   $ **17,043.68

Seventeen Thousand Forty-Three and 68/100************************************************** DOLLARS

P.O. BOX 4614
HAYWARD, CA 94540-4614


BANK OF AMERICA
San Francisco, CA 94104

MEMO _____   _____
AP

⑈16539⑈ ⑆1210035⑆ 80 2960⑈

Attn Rose Cortiz
Northern California Floor Covering Industry Welfare Fund
P.O. Box 23470
Oakland CA 94623-0470

JAN 28 2008

NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND
TRUST FUND EMPLOYER REPORT FORM

022013

P.O. Box 23470, Oakland, California 94623
PHONE: (800) 320-0106 ... (510) 864-6411

BEVI S FLOOR SERVICE          EMPLOYER NUMBER:   000-000020-000
533 BURKE STREET              CONTRIBUTIONS DUE: 02/15/2008
SAN JOSE, CA 95112           FOR WORK IN:        01/2008       PAGE    1

*(handwritten: 1/08)*

| SOC.SEC.NO. | N A M E | | CLASS | HOURS (a) | RATE (b) | AMOUNT DUE (c)=(axb) | HIRE/TERM DATE |
|---|---|---|---|---|---|---|---|
| 563-39-00.. | CANCHOLA, ERNESTO | 01 2101 | J2B | | 19.80 | | |
| 5.5-63-.... | D'AMELIO, JOHN | 02 1101 | J2A | | 19.80 | | |
| 9.2-12-9. | FLORES, SANTIAGO A | 03 2101 | J2B | | 19.80 | | |
| 609-54-84.0 | GARZA, IGNACIO K | 04 1101 | J2A | | 19.80 | | |
| 617-28-865. | GONZALEZ, ISRAEL | 05 1105 | A65A | | 15.82 | | |
| 645-81-12.. | HERNANDEZ, LOUIS E | 06 1103 | A55 | | 14.68 | | |
| 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 | MEZA, PEDRO | 07 2101 | J2B | | 19.80 | | |
| 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 | MUNGUIA, RODRIGO G | 08 1109 | A90 | | 19.66 | | ADV 1/07/08 |
| 609-76-59.. | PALACIOS, JUAN | 09 3110 | FC1 | | 11.92 | | |
| 9-54-.... | PERRY, TONY T | 10 2101 | J2B | | 19.80 | | |
| 5.7-.. 7. | REYNOLDS, RICKY | 11 2101 | J2B | | 19.80 | | |
| 320-78-93.5 | SANCHEZ, MIGUEL | 12 2101 | J2B | | 19.80 | | |
| *634-17 8242 Juan Palacios* | | | *FC1* | | *11.92* | | |



RECEIVED
FREMONT BANK

FEB 2 0 2008

LOCKBOX



*(handwritten: 16,812.36)*

*OV $280.48*

Batch: 2971 Seq: 2   Check #: 16597   Remit #: 000-000020-000   Remit Name: BEVIL'S FLOOR SERVICE , A   Amount: $16,812.36

Batch: 2971
Seq: 2
Check#: 16597
Amount: $16,812.36

Image 1 of 2

16597

BEVIL'S FLOOR SERVICE, INC.
LIC #762096
(408) 292-80A1
532 BURKE STREET
SAN JOSE, CA 95112

BANK OF AMERICA
San Francisco, Ca 94104
11-36/1210

2/15/2008

PAY TO THE
ORDER OF   NORTHERN CALIFORNIA FLOOR COVERING                    $ **16,812.36

Sixteen Thousand Eight Hundred Twelve and 36/100************************************************************  DOLLARS

P.O. BOX 4614
HAYWARD, CA 94540-4614

MEMO   UNION REPORT JANUARY 2008

⑈016597⑈ ⑆121000358⑆ 08260⑈15134⑈

page: 3

032112

NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND
TRUST FUND EMPLOYER REPORT FORM

P.O. Box 23470, Oakland, California 94623
PHONE: (800) 320-0106 ... (510) 864-6411

BEVIL'S FLOOR SERVICE         EMPLOYER NUMBER:  000-000020-000
533 BURKE STREET           CONTRIBUTIONS DUE: 03/15/2008
SAN JOSE, CA 95112         FOR WORK IN:     02/2008     PAGE   1

*2/08*

| SOC.SEC.NO. | N A M E | | CLASS | HOURS (a) | RATE (b) | AMOUNT DUE (c)=(axb) | HIRE/TERM DATE |
|---|---|---|---|---|---|---|---|
| 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 | CANCHOLA, ERNESTO | 01 2101 | J2B | | 19.80 | | |
| 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 | D'AMELIO, JOHN | 02 1101 | J2A | | 19.80 | | |
| 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 | FLORES, SANTIAGO A | 03 2101 | J2B | | 19.80 | | |
| 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 | GONZALES, ANASTACIO | 04 1101 | J2A | | 19.80 | | |
| 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 | GONZALEZ, ISRAEL | 05 1105 | A65A | | 15.82 | | |
| 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 | HERNANDEZ, LOUIS E | 06 1103 | A55 | | 14.68 | | |
| 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 | MEZA, PEDRO | 07 2101 | J2B | | 19.80 | | |
| 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 | MUNGUIA, RODRIGO G | 08 1109 | A90A | | 18.66 | | |
| 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 | PALACIOS, JUAN M | 09 3110 | FC1 | | 11.92 | | |
| 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 | PERRY, TONY T | 10 2101 | J2B | | 19.80 | | |
| 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 | REYNOLDS, RICKY | 11 2101 | J2B | | 19.80 | | |
| 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 | SANCHEZ, MIGUEL | 12 2101 | J2B | | 19.80 | | |

*34661.42*

SH # 104.85

RECEIVED
FREMONT BANK

MAR 2 1 2008

LOCKBOX

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME | HOURS WORKED | DATA RECORD | FRINGE RATE | FRINGE TOTALS |
|---|---|---|---|---|---|
| XXXXX0625 | HILARIO ALCANTAR III | 28.50 | J2 | 19.83 | 564.30 |
| XXXXX4247 | ERNESTO CANCHOLA | 144.00 | J2 | 19.90 | 2851.20 |
| XXXXX9921 | JOHN D'AMELIO | 112.00 | J2 | 19.80 | 2217.60 |
| XXXXX8420 | SANTIAGO FLORES | 56.00 | J2 | 19.80 | 1108.80 |
| XXXXX1711 | IGNACIO GARZA | 88.00 | J2A | 19.80 | 1742.40 |
| XXXXX6651 | ANASTACIO GONZALES | 85.00 | J2 | 19.80 | 1683.00 |
| XXXX2041 | ISRAEL GONZALEZ | 144.00 | J2A | 15.82 | 2278.08 |
| XXXX8915 | GREG GOODMAN | 24.00 | J2A | 19.80 | 475.20 |
| XXXXX1232 | MATHEW HERD | 30.00 | J2A | 19.80 | 594.00 |
| XXXXX3916 | DAVID ASULAR HERNANDEZ | 40.00 | A60 | 15.81 | 632.40 |
| XX4113 | ENRIQUE HERNANDEZ | 96.00 | A55 | 14.68 | 1409.28 |
| XXXXX0059 | GABRIEL JIMENEZ | 88.00 | J2A | 19.80 | 1742.40 |
| XXXX6766 | ULISES JIMENEZ | 32.00 | J2A | 19.80 | 633.60 |
| XXXX8242 | PEDRO MEZA | 112.00 | J2 | 19.80 | 2217.60 |
| | RODRIGO MUNGUIA | 128.00 | A90 | 16.66 | 2388.48 |
| | JUAN MIGUEL PALACIOS | 56.00 | FC1 | 11.92 | 667.52 |
| XX1142 | DANIEL I PEREZ | 8.00 | J2B | 19.80 | 158.40 |
| XXXXX2897 | TONY PERRY | 112.00 | J2 | 19.80 | 2217.60 |
| XX8549 | GERSON PORTILLO | 144.00 | A80 | 18.08 | 2604.96 |
| XXXXX7482 | RICKY REYNOLDS | 144.00 | J2 | 19.80 | 2851.20 |
| XXXXX9345 | MIGUEL SANCHEZ | 116.00 | J2 | 19.80 | 2296.80 |
| XX17288 | BRETT SHAUG | 67.00 | J2A | 19.80 | 1326.60 |
| *** REPORT TOTALS *** | | 1854.50 | | | 34461.42 |

*****MONTHLY UNION REPORT *****
Management Report

BEVILS FLOOR SERVICE
Company Code: PLT

Batch: P-0183-075   Period Ending:02/27/2008   Week 09
Report: U01   Pay Date:02/29/2008   Page 1

RECEIVED
FREMONT BANK
MAR 21 2008
LOCKBOX

34,556.57 PD 3/17/08
104.85 overage

7436
3
ck#: 16684
mount: $34,661.42

Image 1 of 2

| 3 | Check #: 16684 | Remit #: 000-000020-000 | Remit Name: BEVIL'S FLOOR SERVICE .. Amount: $34,661.42 |

**BEVIL'S FLOOR SERVICE, INC.**
LIC #762096
(408) 293-3081
515 BURKE STREET
SAN JOSE, CA 95112

16684

BANK OF AMERICA
San Francisco, Ca 94104
11-35/1210

3/17/2008

PAY TO THE
ORDER OF: NORTHERN CALIFORNIA FLOOR COVERING FUND                    $ **34,661.42**

Thirty-Four Thousand Six Hundred Sixty-One and 42/100                    DOLLARS

NORTHERN CALIFORNIA FLOOR COVERING FU

MEMO
UNION REPORT FEBRUARY 2008

⑈016684⑈ ⑆121000358⑆ 08260⑈15134⑈

NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND
P.O. BOX 55366
HAYWARD CA 94545-0366

