1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL - STATE BAR #50246
   220 Montgomery Street, Suite 303
3  San Francisco, CA 94104
   Telephone: (415) 392-5431
4
   Attorneys for Plaintiffs
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> BEVIL'S FLOOR SERVICE, etc., <br><br> Defendant. | Case No. C 07 3207 JL <br><br> <u>ORDER AND DEFAULT JUDGMENT</u> <br><br> (Proposed Form) |

Good cause appearing therefor, it is hereby ORDERED that default judgment be entered in favor of Plaintiffs, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND, STEVE HAVENS, TRUSTEE, against defendant, BEVIL'S FLOOR SERVICE, INC., a California corporation, as follows:

////
////
////
////
////
////

<u>ORDER AND DEFAULT JUDGMENT (PROPOSED FORM)</u>                                        1

    1. <u>Principal</u>

       Liquidated Damages        $32,347.62

    2. <u>Interest</u>                                $    167.28

    3. <u>Attorneys' Fees</u>                  $    740.00

    4. <u>Costs</u>                                         $    <u>500.00</u>

         TOTAL DUE:               $33,754.90

IT IS FURTHER ORDERED AND ADJUDGED in light of the decision in <u>International Union of Operating Engineers v. Richard D. Karr</u>, No. 91-35846 (9th Cir. 1993), that the only issue raised in this proceeding through the date of this default judgment is the failure of defendant to pay known delinquent contributions for the months of June 2007 through February 2008 based upon unaudited financial information. The Court allows plaintiffs to reserve its right to audit the defendant employer for any periods not previously audited, including the time period referred to above. Entry of the Judgment has no effect whatsoever on either (a) plaintiffs' right to audit defendant and collect by subsequent legal action any sum found thereby to be due, or (b) plaintiffs' right to collect by subsequent legal action any sums found to be due for any time period other than the one referred to above.

DATED: _____

_____
Magistrate Judge James Larson

<u>ORDER AND DEFAULT JUDGMENT (PROPOSED FORM)</u>          2