UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF NORTHERN CA

        Plaintiff(s),

v.

BEVIL'S FLOOR SVC

        Defendant(s).
_____/

No. 07-03207 JL

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

**XX**    (2)    One or more of the parties has sought a kind of judicial action (i.e., a motion for default judgment) that a United States Magistrate Judge may not take without the consent of all parties.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for May 21, 2008 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: May 15, 2008

                                         Richard W. Wieking, Clerk
                                         United States District Court

                                         *Wings Hom*
                                         By: Wings Hom, Deputy Clerk