**UNITED STATES DISTRICT COURT**

**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————
www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                                        415.522.2000


## May 16, 2008

**CASE NUMBER:  CV 07-03207 JL**
**CASE TITLE:  BOARD OF TRUSTEES OF NORTHERN CA-v-BEVIL'S FLOOR SVC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SUSAN ILLSTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 5/16/08


FOR THE EXECUTIVE COMMITTEE:

_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                               Entered in Computer 5/16/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                      Transferor CSA