IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF NORTHERN CA,     No. C 07-03207SI

        Plaintiff,               **NOTICE**

  v.

BEVIL'S FLOOR SVC,

        Defendant.

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion for default judgment has been continued to Friday, August 15, 2008, at 9:00 a.m.

Plaintiff is directed to service copies of this notice on all parites.

Dated: May 23, 2008                RICHARD W. WIEKING, Clerk



                                Tracy Sutton
                                Deputy Clerk

**United States District Court**
For the Northern District of California