Case 3:07-cv-03207-SI Document 34 Filed 06/12/2008 Page 1 of 3

MURIEL KAPLAN (St. Bar #124607)
SALTZMAN & JOHNSON
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900
Fax: (415) 882-9287
Email mkaplan@sjlawcorp.com

Attorneys for Plaintiff

H:\WP Docs\Forms\SUBSTITUTION OF ATTORNEY - MASTER.wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BEVIL'S FLOOR SERVICES, etc.<br><br>Defendant. | NO. C 07 3207 SI<br><br>SUBSTITUTION OF ATTORNEY |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please take notice that Plaintiffs BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, hereby makes the following substitution of attorneys:

Former Attorneys:
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104

Case 3:07-cv-03207-SI Document 34 Filed 06/12/2008 Page 2 of 3

should be removed and, consequently, should no longer receive notice of e-Filings.

Plaintiffs' new co-counsel of record will be:

MURIEL KAPLAN, (St. Bar #124607)
SALTZMAN & JOHNSON
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900
Fax: (415) 882-9287
Email mkaplan@sjlawcorp.com

The following attorneys consent to this substitution:

Dated: June 9, 2008

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

MICHAEL J. CARROLL

Former Attorneys for Plaintiffs Board of Trustees, et al.

Dated: 6/9/08

SALTZMAN & JOHNSON

MURIEL KAPLAN

New Attorneys for Plaintiffs Board of Trustees, et al.

Board of Trustees,
Northern California Floor Covering Industry Welfare Fund

Steve Havens, Trustee

6/9/08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Susan Illston

Case 3:07-cv-03207-SI Document 34 Filed 06/12/2008 Page 3 of 3

PROOF OF SERVICE
Case No.: C07-3207 SI

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 12, 2008, I served the following document(s):

**SUBSTITUTION OF ATTORNEY**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Benny W. Bevil**
**Bevil's Floor Service, Inc.**
**533 Burke Street**
**San Jose, California 95112**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 12th day of June, 2008, at San Francisco, California.

/s/
Vanessa de Fábrega