1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL - STATE BAR #50246
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11
   BOARD OF TRUSTEES OF THE        )      Case No. C 07 3207 JL
12 NORTHERN CALIFORNIA FLOOR, et al. )
13          Plaintiffs,            )      ORDER AND DEFAULT JUDGMENT
                                   )
14               vs.               )         (Proposed Form)
                                   )
15 BEVIL'S FLOOR SERVICE, etc.,    )
                                   )
16          Defendant.             )
17 _____ )

18

19        Good cause appearing therefor, it is hereby ORDERED that default judgment be

20 entered in favor of Plaintiffs, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA

21 FLOOR COVERING INDUSTRY WELFARE FUND, STEVE HAVENS, TRUSTEE, against

22 defendant, BEVIL'S FLOOR SERVICE, INC., a California corporation, as follows:

23 ////

24 ////

25 ////

26 ////

27 ////

28 ////

ORDER AND DEFAULT JUDGMENT (PROPOSED FORM)                           1

1   1. Principal

2   Liquidated Damages     $32,347.62

3   2. Interest     $   167.28

4   3. Attorneys' Fees     $   740.00

5   4. Costs     $   500.00

6   TOTAL DUE:     $33,754.90

7

8   IT IS FURTHER ORDERED AND ADJUDGED in light of the decision in

9   International Union of Operating Engineers v. Richard D. Karr, No. 91-35846 (9th Cir. 1993),

that the only issue raised in this proceeding through the date of this default judgment is the failure

10  of defendant to pay known delinquent contributions for the months of June 2007 through

11  February 2008 based upon unaudited financial information. The Court allows plaintiffs to

12  reserve its right to audit the defendant employer for any periods not previously audited, including

13  the time period referred to above. Entry of the Judgment has no effect whatsoever on either (a)

14  plaintiffs' right to audit defendant and collect by subsequent legal action any sum found thereby

15  to be due, or (b) plaintiffs' right to collect by subsequent legal action any sums found to be due

16  for any time period other than the one referred to above.

17  DATED: _____

18

19

20  ~~Magistrate Judge James Larson~~

21  Honorable Susan Illston

22

23

24

25

26

27

28

ORDER AND DEFAULT JUDGMENT (PROPOSED FORM)                    2