Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR et al.;<br><br>        Plaintiffs,<br><br>v.<br><br>BEVIL'S FLOOR SERVICES, INC.<br><br>        Defendant. | Case No.: C07-3207 SI<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 22, 2008, I served the following document(s):

**ORDER AND DEFAULT JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

-2-

**Benny W. Bevil**
**Bevil's Floor Service, Inc.**
**533 Burke Street**
**San Jose, California 95112**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 22nd day of August, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega