RECORDING REQUESTED BY

NAME: **Shaamini A. Babu, Esq.**

WHEN RECORDED MAIL TO:

**Shaamini A. Babu, Esq.
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104**

(DOCUMENT WILL ONLT BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

(SPACE ABOVE FOR RECORDER'S USE)

<u>Northern California Floor Covering Industry Welfare Fund, et al.</u>
<u>v. Bevil's Floor Service, Inc.</u>
*Case No.: C07-3207 SI*

**ABSTRACT OF JUDGMENT**

(DOCUMENT TITLE)

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):*<br>Recording requested by and return to:<br>Shaamini A. Babu, Esq. (SBN: 230704)<br>Saltzman & Johnson Law Corporation<br>44 Montgomery Street, Suite 2110<br>San Francisco, California 94104<br>Tel: (415) 882-7900 | |
|---|---|
| [✓] ATTORNEY FOR    [✓] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD | |
| United States District Court, Northern District of California<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102-3483<br>BRANCH NAME: Northern District of California | FOR RECORDER'S USE ONLY |

| PLAINTIFF: Northern California Floor Covering Industry Welfare Fund, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: Bevil's Floor Service, Inc. | C07-3207 SI |

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    [ ] Amended | FOR COURT USE ONLY |
|---|---|

1. The [✓] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌──────────────────────────────┐
      │ Bevil's Floor Service, Inc.  │
      │ 533 Burke Street             │
      │ San Jose, California 95112   │
      └──────────────────────────────┘

   b. Driver's license No. and state: N/A    [ ] Unknown
   c. Social security No.: N/A    [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to *(name and address):* Bevil's Floor Service, Inc., 533 Burke Street, Suite A, San Jose, California 95112

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Northern California Floor Covering Industry Welfare Fund, et al.
   c/o Shaamini A. Babu, Saltzman & Johnson Law Corporation
   44 Montgomery Street, Suite 2110, San Francisco, California 94104
   Date: September 8, 2008
   Shaamini A. Babu, Esq.
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 33,754.90 + 2.27% p/a post-judg. int.
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* August 19, 2008
   b. Renewal entered on *(date):* n/a
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
9/9/08

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by _____, Deputy
BETTY FONG

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-001 [Rev. January 1, 2006] | ABSTRACT OF JUDGMENT—CIVIL<br>AND SMALL CLAIMS | Page 1 of 2<br>Code of Civil Procedure, §§ 488.480,<br>674, 700.190<br>www.accesslaw.com |

| PLAINTIFF: Northern California Floor Covering Industry Welfare Fund, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: Bevil's Floor Service, Inc. | C07-3207 SI |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

17. Name and last known address

Driver's license No. & state:        ☐ Unknown
Social security No.:                 ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license No. & state:        ☐ Unknown
Social security No.:                 ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

19. Name and last known address

Driver's license No. & state:        ☐ Unknown
Social security No.:                 ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license No. & state:        ☐ Unknown
Social security No.:                 ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. Name and last known address

21. Name and last known address

Driver's license No. & state:        ☐ Unknown
Social security No.:                 ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license No. & state:        ☐ Unknown
Social security No.:                 ☐ Unknown
Summons was personally served at or mailed to *(address):*

22. ☐ Continued on Attachment 22.